# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## CORRECTED JUDGMENT RENDERED
## AUGUST 28, 2013

## NO. 03-10-00710-CV

**The University of Texas - Pan American and The University of Texas System, Appellants**

**v.**

**Howard Miller, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## AFFIRMED IN PART; REVERSED AND DISMISSED IN PART --
## OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** for the portion of the trial court's denial of the plea to the jurisdiction as to Miller's hostile work environment claim: **IT IS THEREFORE** considered, adjudged and ordered that the portion of the trial court's denial of the plea to the jurisdiction as to Miller's hostile work environment claim is reversed, and judgment is rendered dismissing that claim for lack of jurisdiction. We affirm the trial court's judgment in all other respects. It is **FURTHER** ordered that the parties each bear one-half the costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.